NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NOVOZYMES NORTH AMERICA, INC.,**
*Appellant*

**v.**

**DANISCO US INC.,**
*Appellee*

---

2021-2184

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-00464.

---

## JUDGMENT

---

JEFFREY PAUL KUSHAN, Sidley Austin LLP, Washington, DC, argued for appellant.  Also represented by LAUREN CRANFORD KATZEFF, JOSHUA JOHN FOUGERE; SONA DE, New York, NY.

PIER DEROO, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Washington, DC, argued for appellee.  Also represented by MICHAEL J. FLIBBERT.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, REYNA, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 5, 2022          /s/ Peter R. Marksteiner
Date                           Peter R. Marksteiner
                                   Clerk of Court